Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 50248 | **DATE** | 10/11/2011 |
| **CASE TITLE** | Dylak v. Rock Valley College | | |

**DOCKET ENTRY TEXT:**

Pursuant to stipulation of dismissal [29], this case is dismissed with prejudice. Any pending motions are now moot.

*Philip G. Reinhard*

Electronic Notices.
Copy to magistrate judge.

| | Courtroom Deputy Initials: | JT |
|---|---|---|